# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| DONALD HARTMAN, Register No. 534307, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4016-CV-C-NKL |
| | ) | |
| BARBARA CASSADY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 6, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. Judge Knox also recommended that plaintiff's motions for injunctive relief for a new pillow, for subpoena and for the court to retain his state-issued pillow for evidence be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 19, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation, and plaintiff has not come forward with additional facts or legal arguments which require discussion. Although plaintiff may have received stronger pain medication, the treating physician did not prescribe a different pillow for plaintiff or otherwise request corrections staff to accommodate plaintiff's request for medical reasons. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

On March 6, 2007, the court granted plaintiff leave to proceed in forma pauperis on a provisional basis, and by doing so, the court determined to forego the collection of the $350.00 filing fee established for civil cases. Plaintiff was warned that the court would collect the entire $350.00 filing fee if he filed another pleading in this case. See 28 U.S.C. § 1915(b)(2) (provisions for deducting money from prisoner's account). A review of plaintiff's financial documentation indicates that he is capable of paying an initial partial filing fee of $1.50.

IT IS, THEREFORE, ORDERED that plaintiff's initial partial filing fee is calculated at $1.50 and the Missouri Department of Corrections is directed to deduct from plaintiff's inmate account, and forward to the court, the initial partial filing fee and installment payments, in accord with the provisions of 28 U.S.C. § 1915, until the $350.00 filing fee is paid in full. It is further

ORDERED that the Report and Recommendation of March 6, 2007, is adopted. [13] It is further

ORDERED that plaintiff's claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. It is further

ORDERED that plaintiff's motions for injunctive relief for a new pillow, for subpoena, and for the court to retain his state-issued pillow for evidence are denied. [6, 7, 9, 10]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 31, 2007
Jefferson City, Missouri